# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135313

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARK DAROLD BENTLEY,
      Defendant-Appellant.

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 135313
COA: 272551
Macomb CC: 2005-004409-FH

_____/

      On order of the Court, the application for leave to appeal the October 11, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

_____
Clerk

p0211